**Order entered September 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00494-CV

**THE EMPLOYEES' RETIREMENT FUND OF THE CITY OF DALLAS, Appellant**

**V.**

**THE CITY OF DALLAS, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14682**

## ORDER

Before the Court is appellee's September 14, 2020 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **September 28, 2020**. We caution appellee that further extension requests will be disfavored.

/s/    BILL WHITEHILL
       JUSTICE